# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

CALVIN K. WILLIAMS (#333771)

VERSUS

TIM HOOPER

CIVIL ACTION

21-640-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Scott D. Johnson dated September 30, 2024, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus by a Person in State Custody, filed by Petitioner Calvin K. Williams is **DENIED** and this proceeding is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied if Petitioner seeks to pursue an appeal in this case.

Signed in Baton Rouge, Louisiana the  4th  day of November, 2024.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 12.
[2] Rec. Doc. 13.